IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| WARREN CHRISTENSEN, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) CIVIL ACTION NO. 12-0274-CG-C |
| | ) |
| BISHOP STATE COMMUNITY | ) |
| COLLEGE, et al., | ) |
| | ) |
| Defendants. | ) |

**ORDER**

The parties having represented in their joint report on settlement assessment (Doc. 14) that this action had settled, it it is hereby **ORDERED**, that all claims in this action are **DISMISSED WITH PREJUDICE** subject to the right of any party to reinstate those claims within thirty (30) days of the date of this order should the settlement agreement not be consummated.

**DONE** and **ORDERED** this the 3rd day of June, 2013.

/s/  Callie V. S. Granade
UNITED STATES DISTRICT JUDGE